1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9                      Plaintiff,          )
                                           )
10            v.                           )          2:09-CR-426-JCM (PAL)
                                           )          2:10-CR-003-JCM (PAL)
11   DAVID RAY NEWMAN,                     )
                                           )
12   _____Defendant._____   )

13                             **ORDER OF FORFEITURE**

14          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover

15   from DAVID RAY NEWMAN a criminal forfeiture money judgment in the amount of $1,152.00 in

16   United States Currency and a criminal forfeiture money judgment in the amount of $3,950.00 in

17   United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States

18   Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United

19   States Code, Section 853(p).

20          DATED December 21, 2011.

21

22

23

24                                        _____
                                          UNITED STATES DISTRICT JUDGE
25

26

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on December 19, 2011, by the below identified method of service:

Electronic Filing

Rene Valladares
Monique Kirtley
Jason F. Carr
Michael K. Powell
Michael Kennedy
411 E. Bonneville Road, Suite 250
Las Vegas, NV 89101
*Counsel for David Ray Newman and Christopher Biggers*

U.S. Mail:

C. Stanley Hunterton
333 South Sixth Street
Las Vegas, NV 89101
*Counsel for Christopher Biggers*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Paralegal

2